PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.                                     Case No.   A02-0090-CR (JWS)

Douglas W. Wrate, Jr.

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on December 30, 2005. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

*Charlene Wortman*

Charlene Wortman
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 4th day of January, 2006.

John W. Sedwick
Chief U.S. District Court Judge